IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CURTIS RICHMOND,<br><br>                              Plaintiff,<br>vs.<br><br>AM SOUTH BANK,<br><br>                              Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No.  2:06CV352 DAK |

This matter is before the court on Plaintiff's Objection to the Magistrate's Report and Recommendation.  On May 4, 2006, this case was referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  On June 15, 2006, Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction.  After briefing was completed, on September 5, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that Defendant's Motion to Dismiss be granted because the court lacked jurisdiction over the Defendant.

September 18, 2006, Plaintiff filed an Objection, which is styled as "Plaintiff/Claimant Affidavit in Form of Notice and Demand to Vacate Void Judgment Under Fed. Rul 60(b) Void Judgment & Fraud upon the Court by Judge . . . ."  The court has reviewed and considered Plaintiff's response to the Report and Recommendation, along with the entire case file.

Plaintiff's objection is difficult to decipher, but the focus of his objection appears to be that if the Magistrate Judge and District Court Judge do not "vacate the void dismissal order," then they are both "guilty of treason."  Plaintiff, however, has not cited any authority to suggest

that the Magistrate's legal analysis was incorrect, and Plaintiff has not otherwise raised any valid objections to the Report and Recommendation.

Having independently reviewed the file in its entirety, along with the Report and Recommendation, the court hereby APPROVES and ADOPTS the Report and Recommendation in its entirety. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED. Plaintiff's claims against Defendant are DISMISSED without prejudice. The Clerk of Court is directed to close this case.

DATED this 20th day of September, 2006.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge